United States District Court
Southern District of Texas
**ENTERED**
September 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE AMERICAN INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-2095 |
| | § | |
| LC LIQUIDATIONS CORPORATION, INC.; fka LECTRUS CORPORATION, INC., *et al*, | § § § § | |
| Defendants. | § § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties (Dkt. 16). Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **October 25, 2019** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed this 10th day of September, 2019

George C. Hanks, Jr.
United States District Judge